UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ZULILY, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　　Defendant. | NO. 2:23-cv-01900 JHC<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Extend Briefing Schedule for Defendant's 12(b)(b) Motion to Dismiss.  Dkt. # 16.  Having reviewed the files and records herein, it is hereby

ORDERED that Defendant shall file its Rule 12(b)(6) Motion on or before May 6, 2024, for consideration by this Court on July 22, 2024. Plaintiff's opposition to the motion shall be due on June 20, 2024, and Defendant's reply shall be due on July 22, 2024.

DATED this 1st day of May, 2024.

　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER EXTENDING BRIEFING SCHEDULE – 1
(2:23-cv-01900 JHC)