UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZULILY LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>AMAZON.COM INC,<br><br>            Defendant. | CASE NO. 2:23-cv-01900-JHC<br><br>ORDER |

This matter comes before the Court on Defendant's Motion for Reconsideration of Order Denying Rule 25(c) Motion.  Dkt. # 40.  "Motions for reconsideration are disfavored.  The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence."  LCR 7(h)(1).  Plaintiff does not satisfy this standard.

Plaintiff says that the Court erred by not addressing Plaintiff's request that Old Retail ABC be added as a named Plaintiff in the case, along with Zulily.  Dkt. # 40 at 1–2.  But in its Motion to Substitute Party, Plaintiff requested "that Zulily be withdrawn as plaintiff and Old Retail ABC LLC, as its Assignee under a general assignment for the benefit of creditors, be

ORDER - 1

substituted in its place." Dkt. # 32 at 10.  Plaintiff did not request that, as an alternative to complete substitution, Old Retail ABC be "joined with the original party" as a named plaintiff in the case.  Fed. R. Civ. P. 25(c).

The Court thus DENIES the motion for reconsideration.  Dkt. # 40.  Nothing in this order bars a party from moving to add Old Retail ABC as a plaintiff.

Dated this 18th day of July, 2024.

John H. Chun
United States District Judge

ORDER - 2