UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZULILY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | CASE NO. 2:23-cv-01900 JHC <br><br> **ORDER GRANTING ZULILY, LLC'S MOTION FOR JOINDER OF PARTY UNDER FED. R. CIV. P. 25(c)** |

ORDER GRANTING ZULILY, LLC'S MOTION
FOR JOINDER OF PARTY UNDER FED. R. CIV.
P. 25(c)
CASE NO. 2:23-cv-01900

This matter comes before the Court on Plaintiff Zulily, LLC's Motion for Joinder of Party Under Federal Rule of Civil Procedure 25(c).  Plaintiff Zulily seeks to have Old Retail ABC LLC joined as a plaintiff in this case.  The Court has considered the motion, the rest of the file, and the governing law.  There is no opposition to the motion.  *See* Dkt. # 44.  The motion is noted for October 9, 2024, but the Court sees no need to wait to rule on it.  Being fully advised, the Court GRANTS the motion.

DATED this 7th day of October, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE