UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZULILY, LLC, OLD RETAIL ABC LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　Defendant. | Case No. 2:23-cv-01900-JHC<br><br>**RULE 25(c) MOTION FOR JOINDER OF OLD RETAIL RECOVERY LLC**<br><br>NOTE ON MOTION CALENDAR: January 2, 2026 |

Bona Law PC
4275 Executive Square, Suite 200
La Jolla, CA 92037
858.964.4589

Under Rule 25(c) of the Federal Rules of Civil Procedure, Plaintiffs Zulily, LLC and Old Retail ABC LLC respectfully move this Court to join Old Retail Recovery LLC as a plaintiff in this action.

On October 7, 2024, this Court granted Plaintiff Zulily, LLC's unopposed motion to join Old Retail ABC LLC as a plaintiff in this case. ECF 45 at p. 2. At the date of that order, Old Retail ABC LLC was the assignee and owner of all claims being litigated in this case. ECF 34 at p. 5.[1]

On December 19, 2025, Old Retail ABC LLC assigned, for valuable consideration, full interest in the claims brought against Amazon in this action to Old Retail Recovery LLC ("the Assignment"). A copy of the Assignment is attached as Exhibit A. Old Retail Recovery LLC is now the lawful owner and holder of all claims against Amazon being litigated in this case.

Because the Assignment was a "transfer of interest" under applicable state law and for purposes of Rule 25(c), this Court may "order[] the transferee to be . . . joined with the original party." Fed. R. Civ. P. 25(c); Ex. A. Such joinder under Rule 25(c) exists "to allow the action to continue unabated when an interest in the lawsuit changes hands." *In re Bernal*, 207 F.3d 595, 598 (9th Cir. 2000) (quoting *Collateral Control Corp. v. Deal*, 638 F.2d 1362, 1364 (5th Cir. 1981)).

Here, joinder would serve that purpose and would "facilitate the conduct of the litigation," *id.*, by allowing the new and sole owner of the relevant claims to seamlessly litigate on its own behalf, protect its own interests, and pursue judgment as a named plaintiff in this case. Under the Assignment, Old Retail Recovery possesses the Claims in this case and "the exclusive right to control the prosecution, settlement and recovery of the Claims." Ex. A. In short, joinder is proper because Old Retail Recovery LLC has the chief incentive, and contractual

---

[1] For the avoidance of doubt, on December 18, 2025, this general assignment was amended to specifically name and assign all claims in this action. That amendment is attached as Exhibit B.

MOTION FOR JOINDER – 1

Case No. 2:23-cv-01900

Bona Law PC
4275 Executive Square, Suite 200
La Jolla, CA 92037
858.964.4589

right, to litigate and facilitate efficient resolution of this matter.

Counsel for Plaintiffs met and conferred with counsel for Defendant Amazon.com, Inc. regarding this motion. Defendant indicated that "Amazon at this time intends to take no position" on the motion.

For these reasons, Plaintiffs respectfully request the Court grant this motion and order Old Retail Recovery LLC be joined as a plaintiff in this case.

DATED: January 2, 2026

Respectfully submitted,

BONA LAW PC

By: *s/ Jon Cieslak*
Jon Cieslak (admitted *pro hac vice*)
Joseph Trujillo (admitted *pro hac vice*)
4275 Executive Square, Suite 200
La Jolla, CA 92037
858.964.4589
jon.cieslak@bonalawpc.com
joseph.trujillo@bonalawpc.com

BONA LAW PC
James Lerner (admitted *pro hac vice*)
Sabri Siraj (admitted *pro hac vice*)
41 Madison Avenue #2509
New York, NY 10010
212.634.6861
james.lerner@bonalawpc.com
sabri.siraj@bonalawpc.com

*Lead Counsel for Plaintiff*

We certify that this memorandum contains 455 words, in compliance with the Local Civil Rules.

MOTION FOR JOINDER – 2

Case No. 2:23-cv-01900

Bona Law PC
4275 Executive Square, Suite 200
La Jolla, CA 92037
858.964.4589

|   |   |
|---|---|
| 1 |   |
| 2 | CARNEY BADLEY SPELLMAN, P.S. |
| 3 | *By: s/ Mark Rosencrantz* |
| 4 | Mark Rosencrantz (WSBA #26552) |
|   | 701 5th Avenue, Suite 3600 |
| 5 | Seattle, WA 98104 |
|   | 206.622.8080 |
| 6 | rosencrantz@carneylaw.com |
| 7 | *Local Counsel for Plaintiff* |

MOTION FOR JOINDER – 3

Case No. 2:23-cv-01900

Bona Law PC
4275 Executive Square, Suite 200
La Jolla, CA 92037
858.964.4589