UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZULILY, LLC, | CASE NO. 2:23-cv-01900 JHC |
| Plaintiff, | |
| v. | **ORDER GRANTING RULE 25(C) MOTION FOR JOINDER OF OLD RETAIL RECOVERY LLC** |
| AMAZON.COM, INC., | |
| Defendant. | |

This matter comes before the Court on Plaintiffs' Rule 25(c) Motion for Joinder of Old Retail Recovery LLC.  Defendant has indicated that it takes no position on the motion at this time.  Dkt. # 67.  Accordingly, having considered the motion and supporting papers, the Court hereby GRANTS the motion.

DATED this 5th day of January, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING ZULILY, LLC'S MOTION
FOR JOINDER OF PARTY UNDER FED. R. CIV. P.
25(C) – 1
CASE NO. 2:23-cv-01900