THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZULILY, LLC; OLD RETAIL ABC LLC; and OLD RETAIL RECOVERY LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant | 2:23-cv-01900-JHC<br><br>**[PROPOSED] STIPULATED ORDER RELATING TO DATA STORAGE** |

[PROPOSED] STIPULATED
ORDER RELATING TO
DATA STORAGE

(2:23-cv-1900-JHC)

This Court enters the following provisions regarding the data storage:

1.    Amazon personnel with responsibility for this litigation shall not access or view Plaintiffs' AWS S3 storage space, except to upload data to it, nor will they monitor Plaintiffs' storage space to obtain information about how Plaintiffs are putting data to use for purposes of litigation analyses;

2.    If, despite their forbearance, Amazon personnel with responsibility for this litigation nonetheless obtain such information, Amazon's counsel shall promptly notify Plaintiffs' counsel; and

3.    The data will otherwise be subject to Amazon's standard data and privacy protections and procedures.

IT IS SO ORDERED

DATED: _____

_____

Hon. John H. Chun

United States District Court Judge

[PROPOSED] STIPULATED
ORDER RELATING TO
DATA STORAGE

(2:23-cv-1900-JHC)

1