UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZULILY, LLC; OLD RETAIL ABC LLC; and OLD RETAIL RECOVERY LLC, | 2:23-cv-01900-JHC |
| Plaintiffs, | **STIPULATED ORDER RELATING TO DATA STORAGE** |
| v. | |
| AMAZON.COM, INC., | |
| Defendant | |

STIPULATED ORDER
RELATING TO DATA
STORAGE

(2:23-cv-1900-JHC)

Before the Court is the parties' stipulated motion at Dkt. # 77.  The Court GRANTS the motion and enters the following provisions regarding the data storage:

1.    Amazon personnel with responsibility for this litigation shall not access or view Plaintiffs' AWS S3 storage space, except to upload data to it, nor will they monitor Plaintiffs' storage space to obtain information about how Plaintiffs are putting data to use for purposes of litigation analyses;

2.    If, despite their forbearance, Amazon personnel with responsibility for this litigation nonetheless obtain such information, Amazon's counsel shall promptly notify Plaintiffs' counsel; and

3.    The data will otherwise be subject to Amazon's standard data and privacy protections and procedures.

IT IS SO ORDERED

DATED: April 13, 2026.

John H. Chun
United States District Judge

STIPULATED ORDER
RELATING TO DATA
STORAGE

1

(2:23-cv-1900-JHC)