UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZULILY, LLC; OLD RETAIL ABC LLC; and OLD RETAIL RECOVERY LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant | 2:23-cv-01900 JHC<br><br>**ORDER RESETTING TRIAL DATE AND INTERIM DEADLINES** |

ORDER RESETTING TRIAL
DATE (2:23-cv-1900-JHC)

This matter comes before the Court on the parties Joint Motion to Reset Trial Date.  Dkt. # 79.  The Court GRANTS the motion.  The jury trial is set for October 25, 2027 in Courtroom 14106 before Judge John H. Chun.  In addition, the Court adopts the below interim deadlines:

| Event | Proposed Date |
|---|---|
| Fact Discovery | 12/1/2026 |
| Deadline to file discovery motions | 12/1/2026 |
| Affirmative Expert Reports | 2/19/2027 |
| Rebuttal Expert Reports | 5/14/2027 |
| Close of Expert Discovery | 6/30/2027 |
| *Daubert* motions due | 7/12/2027 |
| Dispositive Motions Due | 7/12/2027 |
| Oppositions to dispositive motions and *Daubert* motions | 8/9/2027 |
| Reply briefs in support of dispositive and *Daubert* motions | 8/27/2027 |
| Plaintiffs' pretrial statement | 9/1/2027 |
| Settlement conference deadline | 9/3/2027 |
| Amazon's pretrial statement | 9/10/2027 |
| Motions in limine due | 9/17/2027 |
| Agreed pretrial order due | 10/1/2027 |
| Deposition designations submitted to the court | 10/1/2027 |
| Pretrial conference | 10/12/2027 |
| Trial briefs, proposed voir dire, and jury instructions | 10/20/2027 |
| **Trial Date** | **10/25/2027** |

These dates replace those in the original scheduling order (Dkt. # 52).

ORDER RESETTING TRIAL
DATE (2:23-cv-1900-JHC)                    1

DATED this 20th day of April, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER RESETTING TRIAL
DATE (2:23-cv-1900-JHC)                    2