UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZULILY, LLC, et al.,

Plaintiffs,

v.

AMAZON.COM, INC.,

Defendant.

Case No. 2:23-cv-01900-JHC

**STIPULATED DEPOSITION PROTOCOL AND ORDER FOR ZULILY AND THIRD-PARTY WITNESSES**

NOTE ON MOTION CALENDAR: April 30, 2026

Plaintiffs Zulily, LLC; Old Retail ABC LLC; and Old Retail Recovery LLC ("Plaintiffs") and Defendant Amazon.com, Inc. ("Amazon") previously agreed and stipulated to certain issues regarding the coordination of deposition discovery between the above-referenced action ("Action") and certain other matters, and jointly submitted a Proposed Stipulated Deposition Coordination Protocol and Order, which the Court entered.  ECF No. 64.  That Protocol governed the depositions of Amazon Witnesses.  *Id.* ¶ 10.  The Parties agreed to negotiate a further protocol "to address depositions of Plaintiffs and third-party witnesses." *Id.*  The Parties thus hereby jointly submit this Proposed Stipulated Deposition Protocol and Order for Zulily and Third-Party Witnesses ("Zulily and Third-Party Witness Deposition Order") for approval and entry by the Court.

STIPULATED DEPOSITION COORDINATION
PROTOCOL & ORDER FOR ZULILY & THIRD-
PARTY WITNESSES - 1
(Case No. 2:23-cv-01900-JHC)

## I.     DEFINITIONS

1.     The following definitions shall apply for the purposes of this Order:

a.     <u>Zulily Witness</u>:  Any person who is (i) a current or former employee or officer of Zulily, LLC; Old Retail ABC LLC; or Old Retail Recovery LLC and (ii) is represented by Counsel for Zulily, LLC; Old Retail ABC LLC; and/or Old Retail Recovery LLC.

b.     <u>Third-Party Witness</u>:  Any person not a (i) Zulily Witness, or (ii) an Amazon Witness.  *See* Dkt. 64 (defining Amazon Witness).

c.     <u>Coordinated Actions</u>:  *The People of the State of California v. Amazon.com, Inc.*, No. CGC-22-601826 (Cal. Super. Ct.); *Frame-Wilson et al. v. Amazon.com, Inc.*, No. 2:20-cv-00424-JHC (W.D. Wash.); *De Coster et al. v. Amazon.com, Inc.*, No. 2:21-cv- 00693-JHC (W.D. Wash.); *Brown et al. v. Amazon.com, Inc.*, No. 2:22-cv-00965-JHC (W.D. Wash.); *Federal Trade Commission, et al., v. Amazon.com, Inc.*, No. 2:23-cv-01495-JHC (W.D. Wash); *District of Columbia v. Amazon.com, Inc.*, No. 2021-CA-001775-B (D.C. Super. Ct.); *Mbadiwe et al. v. Amazon.com, Inc.*, No. 1:22-cv-9542-VSB (S.D.N.Y.); *State of Arizona v. Amazon.com, Inc.*, No. CV2024-011990 (Az. Super. Ct.), and any other civil action in or approaching active discovery involving substantially similar claims that is identified and agreed upon in writing by the Parties.

d.     <u>Counsel for Amazon</u>:  Counsel of record for Amazon.com, Inc., in this Action.

e.     <u>Counsel for Zulily</u>:  Counsel of record for Plaintiffs Zulily, LLC; Old Retail ABC LLC; and Old Retail Recovery LLC.

f.     <u>Party or Parties</u>:  Any entity named as a plaintiff or defendant in this Action.

## II.    GENERAL PROVISIONS

2.    This Deposition Order applies to the Parties in the Action, and provides protocols applicable to conducting deposition discovery in this Action.

3.    This Deposition Order shall be effective upon agreement of the Parties, or by order of the Court.

4.    Any Party may seek to later modify this Deposition Order for good cause.  Prior to doing so, the Parties shall meet and confer in good faith regarding any proposed modifications. This Order may be amended only by subsequent written agreement among the Parties, or by order of the Court.

5.    Unless otherwise agreed to and ordered by this Deposition Order, discovery in this Action shall be governed by the applicable provisions of the Federal Rules of Civil Procedure (FRCP), the Federal Rules of Evidence, any other Court order in this Action, and any other applicable rules or orders that would apply to govern discovery in the absence of this Order.

6.    All Parties reserve all rights to formally object (by motion or otherwise) to any deposition or deposition examination on any grounds and seek appropriate relief from the Court as warranted, including with respect to the taking of any deposition or to the timing or scope of any deposition in this Action.

7.    This Deposition Order applies only to depositions of Zulily Witnesses in their personal capacity and Third-Party Witnesses.  For avoidance of doubt, it does not address any depositions of Zulily Witnesses testifying pursuant to Rule 30(b)(6).

## III.    SPECIFIC PROVISIONS

8.    The Parties agree that Counsel for Amazon will notice depositions for no more than fifteen (15) Zulily Witnesses, not including depositions noticed under Rule 30(b)(6) or depositions of witnesses who provide expert testimony pursuant to Rule 26(b)(4)(A).  As of the date of this filing, Amazon has already utilized two (2) of the fifteen (15) Zulily Witness depositions, leaving thirteen (13) remaining.

9.   The Parties agree that Counsel for Zulily and Counsel for Amazon will each have the right to notice depositions for no more than eighteen (18) Third-Party Witnesses.  For any Third-Party Witness noticed by both Parties, the total record time provided by the FRCP, agreed to by the Third-Party Witnesses or ordered by the Court will be split between Amazon and the Plaintiffs equally.  If both Parties notice a deposition for the same Third-Party Witness, this notice still counts against each Party's eighteen deposition limit.

10.   The Parties agree that any Third-Party Witness testimony reproduced in this action from one of the Coordinated Actions shall exist as if the deposition was originally taken within this action.

11.   The Parties agree that in a scenario where (1) Counsel for Amazon first notices the deposition of a current or former employee or officer of Zulily, LLC; Old Retail ABC LLC; or Old Retail Recovery LLC; (2) that witness is not represented by Counsel for Zulily; and (3) Counsel for Zulily separately notices that deposition, the deposition will count against the Parties' limit of eighteen depositions of Third-Party Witnesses and the total record time provided by the FRCP, agreed to by the witness, or ordered by the Court, will be split by Amazon and the Plaintiffs equally.

12.   The Parties further agree that in a scenario where (1) Counsel for one of the Parties notices a deposition of a Third-Party Witness; (2) the Third-Party Witness is not represented by Counsel for either party; and (3) Counsel for the non-noticing Party does not separately notice the deposition, the deposition will only count toward the noticing Party's deposition limit. In these instances, the noticing Party shall be entitled to 6 hours of record time and the non-noticing Party shall be entitled to a maximum of 1 hour of record time, limited in scope by the topics raised in the noticing Party's questions.

13.   Before noticing a deposition of any former employee of Zulily, LLC; Old Retail ABC LLC; and/or Old Retail Recovery LLC, Counsel for Amazon will inquire with Plaintiffs as to whether Counsel for Zulily represents that Witness. Counsel for Zulily will respond within

seven (7) days of the date of that inquiry to confirm whether it represents the Witness and in all events reasonably in advance of the Zulily Witness's deposition.

14. The Parties reserve the right to move the Court to take depositions beyond the above-mentioned limits for good cause.

IT IS SO ORDERED.

DATED: April 30, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED DEPOSITION COORDINATION
PROTOCOL & ORDER FOR ZULILY & THIRD-
PARTY WITNESSES - 5
(Case No. 2:23-cv-01900-JHC)