UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZULILY, LLC, et al., | Case No. 2:23-cv-01900-JHC |
| Plaintiff, | **STIPULATION AND ORDER REGARDING ACCOUNT TURNOVER** |
| v. | NOTE ON MOTION CALENDAR: May 19, 2026 |
| AMAZON.COM, INC., | |
| Defendant. | |

Plaintiffs Zulily, LLC; Old Retail ABC LLC; and Old Retail Recovery LLC ("Plaintiffs") and Defendant Amazon.com, Inc. ("Amazon"), by and through their counsel, hereby stipulate to the following.

**1.    Recitals**

1.1    WHEREAS, on December 22, 2023, (the "Assignment Date"), Zulily LLC ("Zulily") entered a general assignment for the benefit of creditors under California state law with "Zulily ABC, LLC," which subsequently changed its name to Old Retail ABC LLC ("Old Retail ABC").  Cal. Civ. Proc. Code § 493.010.

STIPULATION AND ORDER REGARDING
ACCOUNT TURNOVER - 1
(Case No. 2:23-cv-01900-JHC)

1.2    WHEREAS, Amazon Web Services, Inc. ("AWS"), provided cloud computing and storage services to Zulily according to the terms of an AWS Customer Agreement (the "AWS Agreement"); Zulily's cloud computing and storage accounts with AWS are identified by a main payor account number ending in "868881" as well as certain linked accounts[1] (collectively, the "AWS Accounts"); and, in April 2024, AWS closed Zulily's AWS Accounts upon the request of the Assignee of Old Retail ABC.

1.3    WHEREAS, AWS asserts that Old Retail ABC owes AWS for unpaid services that AWS provided on a pre-assignment basis according to the terms of the AWS Agreement and for services that AWS provided on a post-assignment basis before the account was closed.

1.4    WHEREAS, Old Retail ABC asserts that the data stored in the AWS Accounts is property of Old Retail ABC, and that access to the data is needed to facilitate discovery in this case, but the Assignee of Old Retail ABC does not have the credentials necessary to access the AWS Accounts so that the Assignee may examine, copy, and/or transfer the data stored in connection therewith from the AWS Accounts.

1.5    WHEREAS, pursuant to AWS internal policies and desire to protect customers' privacy, AWS will not disclose or provide account credentials and information associated with a customer account to a third party absent a court order.

1.6    WHEREAS, in order for Old Retail ABC to gain access to the data in the AWS Accounts, AWS, Zulily, and Old Retail ABC have agreed to the terms below.

**2.    Provisions**

2.1    AWS shall make the changes outlined below to the AWS account credentials to allow Old Retail ABC access to the AWS Accounts upon entry of this Stipulation and Agreed Order.

---

[1] The linked account IDs are those ending in 118204, 265646, 091908, 546392, 253354, 084057, 929215, 239107, 731149, 502157, 944585, 226556, 225236, 664473, 105745, 103710, 151085, 662966, 092342, 604165, 424668, 401984, 970615, 390030, and 183603.

STIPULATION AND ORDER REGARDING
ACCOUNT TURNOVER - 2
(Case No. 2:23-cv-01900-JHC)

2.2     Old Retail ABC shall provide one email address to AWS which is distinct from any email addresses previously used by Zulily for the AWS Accounts for purposes of granting Old Retail ABC access to the main payer account.

2.3     Old Retail ABC shall, within the main payer account, update the email addresses for every linked account, which email addresses shall be distinct from any email addresses previously used by Zulily for the AWS Accounts.

2.4     AWS shall remove the Multi-Factor Authentication devices added to all AWS Accounts in the Organization.

2.5     AWS agrees that the data in the AWS Accounts shall remain available for a period of thirty (30) days after AWS provides password reset credentials to Old Retail ABC.

2.6     To the extent that Old Retail ABC accesses the AWS Accounts for more than 30 days, Old Retail ABC agrees to pay the charges that accrue under the AWS Agreement for periods after expiration of the 30-day access period.

2.7     Amazon personnel, including those responsible for this litigation, shall abide by AWS's publicly available terms and conditions published at https://aws.amazon.com/agreement, including but not limited to those restricting access or viewing of Zulily's AWS Account or S3 storage space.

2.8     Once Old Retail ABC has notified AWS that it has examined, copied and/or transferred the data in the AWS Accounts, AWS may delete the AWS Accounts and all data stored therein without further notice or order.

2.9     AWS retains the right to seek payment of pre-assignment and post-assignment services in connection with the AWS Accounts.  Nothing contained herein shall be construed as a waiver of amounts owed under such claims, or an agreement that such amounts are owing.

2.10    AWS shall have no obligation of performance under the AWS Agreement and the AWS Accounts.

STIPULATION AND ORDER REGARDING
ACCOUNT TURNOVER - 3
(Case No. 2:23-cv-01900-JHC)

2.11    Each Party shall bear its own attorneys' fees and costs with respect to the execution and delivery, and implementation of this Stipulation. Each of the undersigned are duly authorized and empowered to execute this Stipulation.

2.12    No modification or amendment to this Stipulation shall be valid unless it is in writing, signed by both Parties, and approved by the Court.

2.13    The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

Stipulated to and respectfully submitted this 19th day of May, 2026, by:

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
            molly.terwilliger@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

Kevin M. Hodges (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol Joan Pruski (*pro hac vice*)
William M. Schmidt (*pro hac vice*)
Lindsay P. Hannibal (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: khodges@wc.com
            jschmidtlein@wc.com
            cmetz@wc.com
            cpruski@wc.com
            wschmidt@wc.com
            lhannibal@wc.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATION AND ORDER REGARDING
ACCOUNT TURNOVER - 4
(Case No. 2:23-cv-01900-JHC)

**OLSON GRIMSLEY KAWANABE HINCHCLIFF & MURRAY LLC**

By: *s/ Bianca Miyata (w/permission)*
Eric Olson (*pro hac vice*)
Bianca Miyata (*pro hac vice*)
Isabel J. Broer (*pro hac vice*)
Jason C. Murray (*pro hac vice*)
Noah Nix (*pro hac vice*)
Sean C. Grimsley (*pro hac vice*)
700 17th Street, Suite 1600
Denver, CO 80202
Phone: (303) 535-5191
Email: eolson@olsongrimsley.com
        bmiyata@olsongrimsley.com
        ibroer@olsongrimsley.com
        jmurray@olsongrimsley.com
        nnix@olsongrimsley.com
        sgrimsley@olsongrimsley.com

**CARNEY BADLEY SPELLMAN, P.S.**

Mark Rosencrantz, WSBA #26552
701 5th Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8080
Email: rosencrantz@carneylaw.com

**BONA LAW PC**

Jon Cieslak (*pro hac vice*)
Joseph Trujillo (*pro hac vice*)
4275 Executive Square, Suite 200
La Jolla, CA 92037
Phone: (858) 964-4589
Email: james.lerner@bonalawpc.com
        joseph.trujillo@bonalawpc.com

James Lerner (*pro hac vice*)
Sabri Siraj (*pro hac vice*)
16 Madison Square Park West, 9th Floor
New York, NY 10010
Phone: (480) 861-4024
Email: james.lerner@bonalawpc.com
        sabri.siraj@bonalawpc.com

*Attorneys for Plaintiffs Zulily, LLC, Old Retail ABC LLC, and Old Retail Recovery LLC*

STIPULATION AND ORDER REGARDING
ACCOUNT TURNOVER - 5
(Case No. 2:23-cv-01900-JHC)

**ORDER REGARDING ACCOUNT TURNOVER**

IT IS SO ORDERED.

DATED this 19th day of May, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE