UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZULILY, LLC, et al.,

Plaintiffs,

v.

AMAZON.COM, INC.,

Defendant.

Case No. 2:23-cv-01900-JHC

**STIPULATED MOTION AND ORDER REGARDING CASE DEADLINES**

NOTE ON MOTION CALENDAR:
October 6, 2026

In the Court's April 20, 2026 Order, Dkt. 80, the Court adopted certain interim deadlines previously proposed by the parties. Pursuant to that Order, fact discovery closes on December 1, 2026. The parties have endeavored in good faith to meet that deadline. However, due to developments during discovery, the parties agree they require additional time. Accordingly, the parties agree that good cause exists to extend the deadlines in this case by 90 days. Having met and conferred, the parties have agreed to the following case deadlines, subject to the Court's approval:

| **Events** | **Date** |
|---|---|
| Fact Discovery | 03/01/2027 |
| Deadline to file discovery motions | 03/01/2027 |
| Affirmative Expert Reports | 05/20/2027 |
| Rebuttal Expert Reports | 08/19/2027 |
| Close of Expert Discovery | 09/30/2027 |
| *Daubert* motions due | 10/14/2027 |
| Dispositive Motions Due | 10/14/2027 |
| Oppositions to dispositive motions and *Daubert* motions | 11/17/2027 |
| Reply briefs in support of dispositive and *Daubert* motions | 12/15/2027 |
| Plaintiffs' pretrial statement | 01/11/2028 |
| Settlement conference deadline | 01/13/2028 |
| Amazon's pretrial statement | 01/21/2028 |
| Motions in limine due | 01/28/2028 |
| Agreed pretrial order due | 02/11/2028 |
| Deposition designations submitted to the court | 02/11/2028 |
| Pretrial conference | 02/22/2028 |
| Trial briefs, proposed voir dire, and jury instructions | 03/01/2028 |
| **Trial Date** | 03/13/2028 |

The parties, by and through their respective counsel, hereby request that the Court order the deadlines above.

Stipulated to and respectfully submitted this 6th day of October, 2026.

OLSON GRIMSLEY KAWANABE HINCHCLIFF & MURRAY LLC

*/s/ Bianca Miyata*
Eric Olson (*pro hac vice*)
Sean Grimsley (*pro hac vice*)
Jason Murray (*pro hac vice*)
Isabel Broer (*pro hac vice*)
Bianca Miyata (*pro hac vice*)
Noah Nix (*pro hac vice*)
700 17th Street, Suite 1600
Denver, CO 80202
303.535.9151
eolson@olsongrimsley.com
sgrimsley@olsongrimsley.com
jmurray@olsongrimsley.com
ibroer@olsongrimsley.com
bmiyata@olsongrimsley.com
nnix@olsongrimsley.com

BONA LAW PC

Jon Cieslak (*pro hac vice*)
4275 Executive Square, Suite 200
La Jolla, CA 92037
858.964.4589
jon.cieslak@bonalawp.com

James Lerner (*pro hac vice*)
41 Madison Avenue #2509
New York, NY 10010
212.634.6861
james.lerner@bonalawpc.com

*Lead Counsel for Plaintiffs*

CARNEY BADLEY SPELLMAN, P.S

Mark Rosencrantz (WSBA #26552)
701 5th Avenue, Suite 3600
Seattle, WA 98104
206.622.8020
rosencrantz@carneylaw.com

*Local Counsel for Plaintiffs*

WILLIAMS & CONNOLLY LLP

*/s/ Carol J. Pruski*
Kevin M. Hodges (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (pro hac vice)
William M. Schmidt (*pro hac vice*)
Lindsay P. Hannibal (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
khodges@wc.com
jschmidtlein@wc.com
cmetz@wc.com
cpruski@wc.com
wschmidt@wc.com
lhannibal@wc.com

MORGAN, LEWIS & BOCKIUS LLP

*s/ Molly A. Terwilliger*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
patty.eakes@morganlewis.com
molly.terwilliger@morganlewis.com

*Attorneys for Defendant Amazon.com, IMarnc.*

IT IS SO ORDERED. The Clerk is DIRECTED to set trial as set forth above.

DATED: October 6, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE