UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZULILY, LLC; OLD RETAIL ABC LLC; and OLD RETAIL RECOVERY LLC,

Plaintiff,

v.

AMAZON.COM, INC.,

Defendant.

Case No. 2:23-cv-01900-JHC

**STIPULATED MOTION AND ORDER REGARDING SEALING OF FORTHCOMING LCR 37 SUBMISSION**

NOTE ON MOTION CALENDAR:
November 20, 2026

On November 4, 2026, Plaintiffs served Amazon with a LCR 37 submission seeking to compel additional discovery. Plaintiffs intend to file the complete submission on November 23, 2026. Because that submission will likely contain information that Amazon will seek to maintain under seal, the parties, by and through their attorneys of record, hereby stipulate and agree, subject to the Court's approval, that the following sealing procedures—consistent with the procedures ordered by the Court in the related *FTC v. Amazon* action, *see* ECF No. 751 (Case No. 2:23-cv-01495-JHC)—shall apply to the forthcoming LCR 37 submission:

1. Plaintiffs shall provisionally file under seal the LCR 37 submission, including accompanying declarations and exhibits, containing material designated Highly Confidential—Attorneys' Eyes Only or Confidential under the Protective Order. Plaintiffs shall contemporaneously file a public version of any sealed documents, redacting only the material that is provisionally filed under seal. No party is required to file a motion to seal at the same time Plaintiffs file the sealed documents.

2. Nothing in this Stipulation and Order relieves the parties of their obligations, under Local Civil Rule 5(g)(1)(A), to meet and confer before any filing to determine whether the designating party will withdraw its confidentiality designations.

3. Within fourteen (14) days of the filing of the LCR 37 submission, any party seeking to maintain under seal any material that was provisionally filed under seal pursuant to Paragraph 1 above shall file one omnibus motion to seal. The moving party shall include a table identifying: the document containing material to be maintained under seal, including docket number; a pincite for the material to be maintained under seal; and the basis for maintaining that material under seal.

4. Any material provisionally filed under seal pursuant to Paragraph 1 that is not the subject of a motion to seal filed within fourteen (14) days of the LCR 37 submission shall be deemed unsealed the following business day.

Stipulated to and respectfully submitted this 20th day of November, 2026.

**CARNEY BADLEY SPELLMAN PS**

By: *s/ Mark Rosencrantz*
Mark Rosencrantz
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 467-8215
Email: rosencrantz@carneylaw.com

**OLSON GRIMSLEY KAWANABE HINCHCLIFF & MURRAY LLC**

By: *s/ Bianca Miyata*
Eric Olson (*pro hac vice*)
Sean C. Grimsley (*pro hac vice*)
Bianca Miyata (*pro hac vice*)
Isabel J. Broer (*pro hac vice*)
Samara Hoose (*pro hac vice*)
Noah Nix (*pro hac vice*)
700 17th Street, Suite 1600
Denver, CO 80202
Phone: (303) 535-9151
Email: eolson@olsongrimsley.com
sgrimsley@olsongrimsley.com
bmiyata@olsongrimsley.com
ibroer@olsongrimsley.com
shoose@olsongrimsley.com
nnix@olsongrimsley.com

*Attorneys for Plaintiffs Zulily, LLC et al.*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Molly A. Terwilliger, WSBA #28449
Brian D. Buckley, WSBA #26423
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: molly.terwilliger@morganlewis.com
brian.buckley@morganlewis.com

**WILLIAMS & CONNOLLY LLP**

By: *s/ Carol Pruski*
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Edward C. Reddington (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)
Kimberly Broecker (*pro hac vice*)
William M. Schmidt (*pro hac vice*)
Alexander Heldman (*pro hac vice*)
Lindsay P. Hannibal (*pro hac vice*)
Virginia Richards (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000
Email: jschmidtlein@wc.com
khodges@wc.com
ereddington@wc.com
cmetz@wc.com
cpruski@wc.com
kbroecker@wc.com
wschmidt@wc.com
aheldman@wc.com
lhannibal@wc.com
verichards@wc.com

*Attorneys for Defendant Amazon.com, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED this 20th day of November, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE